In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands.

REALTY PROTECTIVE COMPANY, Appellant; MARGARET BOWSKY, as Administratrix of the Estate of MAX BOWSKY, Deceased, Respondent.

(Submitted January 11, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1911, which reversed an order of Special Term denying an application for the payment to petitioner of an award heretofore made in condemnation proceedings and granted said application.

*Isidor Wels* for appellant.

*John Delahunty, John J. Rowan* and *John J. Kirby* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.